IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TOMMY L. MORRIS,

    Plaintiff,

v.                                         5:14cv211-WS/EMT

SGT. K.N. BAKER,

    Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 77) docketed November 24, 2015.  The magistrate judge recommends that the defendant's motion to dismiss be denied.  The defendant has filed no objections to the report and recommendation.

The court has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted.  Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 77) is hereby ADOPTED and incorporated by reference in this order.

2. The defendant's motion for dismiss (doc. 66) is DENIED.

3. The case shall be remanded to the magistrate judge for further proceedings.

DONE AND ORDERED this   5th   day of    January   , 2016.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE