IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TOMMY L. MORRIS,

    Plaintiff,

v.                                  5:14cv211–WS/EMT

SGT. K.N. BAKER,

    Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation docketed July 14, 2016. See Doc. 122. The magistrate judge recommends that the defendant's motion for summary judgment be granted. The magistrate judge has also recommends that the plaintiff's motion for summary judgment be denied. No objections to the report and recommendation have been filed.

    Accordingly, it is ORDERED:

    1. The magistrate judge's report and recommendation (doc. 122) is ADOPTED and incorporated by reference into this order.

    2. The defendant's motion for summary judgment (doc. 87) is GRANTED.

All claims against Sgt. K.N. Baker are accordingly DISMISSED WITH PREJUDICE.

    3. The plaintiff's motion for summary judgment (doc. 102) is DENIED.

    4. The clerk shall enter judgment stating: "Summary judgment is entered in favor of the defendant, Sgt. K.N. Baker, and against the plaintiff, Tommy L. Morris."

    DONE AND ORDERED this __18th__ day of __August__, 2016.

    s/ William Stafford
    WILLIAM STAFFORD
    SENIOR UNITED STATES DISTRICT JUDGE